THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DESHAWN HARRIS, JR., <br><br> Petitioner, <br><br> v. <br><br> NICOLE MORRISEY O'DONNELL, <br><br> Respondent. | NO. 2:23-00424-BHS-DWC <br><br> ORDER GRANTING RESPONDENT'S MOTION TO SUBSTITUTE RESPONDENT |

The Court, having considered the Respondent's Motion to Substitute Respondent, any response thereto, and the records and files herein, does hereby find and ORDER:

1. Respondent's Motion to Substitute Respondent is GRANTED. Jeri Boe is substituted for Sheriff O'Donnell as the Respondent in this action.

2. The Clerk is directed to update the docket to reflect substitution, remove Sheriff O'Donnell from docket, update the short title, and send copies of this Order to the Petitioner and counsel for the Respondent.

DATED this 5th day of September, 2023.

*/s/ David W. Christel*

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION TO SUBSTITUTE RESPONDENT
NO. 2:23-00424-BHS-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  Presented by:

2  ROBERT W. FERGUSON
   Attorney General
3

   s/ John J. Samson
4  JOHN J. SAMSON, AAG, WSBA # 22187
   Assistant Attorney General
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING RESPONDENT'S
MOTION TO SUBSTITUTE
RESPONDENT
NO.  2:23-00424-BHS-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445